# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D17-3568

———————————————

RODERICK C. HALLMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

January 8, 2019

PER CURIAM.

AFFIRMED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Candice K. Brower, Criminal Conflict and Civil Regional Counsel, and Michael J. Titus, Assistant Conflict Counsel, Tallahassee, for Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.